1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN WESLEY GRIGSBY,                    No.  2:16-cv-1105-EFB P

12                  Petitioner,

13          v.                                   ORDER

14   M. MUNIGA,

15                  Respondent.

16

17          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.  He has not, however, filed an in forma pauperis affidavit or paid the required

19   filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity

20   to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

21   submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24              support of his request to proceed in forma pauperis or the appropriate filing fee;

25              petitioner's failure to comply with this order may result in this action being dismissed;

26              and

27   /////

28   /////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  May 31, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2