IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JONATHAN WESLEY GRIGSBY,**<br><br>                              Petitioner,<br><br>       v.<br><br>**M. MUNIGA,**<br><br>                              Respondent. | 2:16-cv-01105-EFB<br><br>**[PROPOSED] ORDER GRANTING REQUEST**<br><br>Action Filed:   May 20, 2016 |

Respondent's request for a 30-day extension of time to file a response has been considered by the Court, and good cause appearing, Respondent's request is granted.  Good cause is shown in Defendant's need for additional time to procure additional state court records.

IT IS HEREBY ORDERED that Defendant's deadline for filing a response is extended to October 3, 2016.

Dated: August 31, 2016

_____
The Honorable Edmund F. Brennan